JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID EDWARD WILLIS, JR., <br><br>        Petitioner, <br><br>v. <br><br> USP VICTORVILLE, <br><br>        Respondent. | Case No. 2:21-cv-6990-DOC (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: September 27, 2021

_____
DAVID O. CARTER
U.S. DISTRICT JUDGE